IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEOFFREY H. ANDERSON,

    Petitioner,

vs.                           CASE NO.    4:06cv547-SPM/WCS

SHERIFF LARRY CAMPBELL,

    Respondent.

_____/

## ORDER

    THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated August 18, 2007 (doc. 30). Petitioner has been furnished a copy of the report and recommendation and filed objections (doc. 31). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

    As explained at page 4 of the report and recommendation, Petitioner is not entitled to federal habeas relief because he has not exhausted his state remedies; nor has he demonstrated exceptional circumstances so as to justify interfering with a pending state criminal case. Younger v. Harris, 401 U.S. 37, 43-56 (1931) (explaining fundamental policy against federal interference with state criminal prosecutions); Braden v. 30th Judicial Circuit Court of Kentucky,

410 U.S. 483, 490 -91 (1973) (discussing exhaustion requirement); <u>Ex parte Hawk</u>, 321 U.S. 114, 116-18 (1944) (discussing exhaustion requirement).

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus (doc. 1, as supplemented) is denied. The pending motions are denied as moot.

DONE AND ORDERED this 28th day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge